

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00123-CR

**EX PARTE ERIC LUNA**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2014-W-0464
Honorable Andrew Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED September 16, 2015.

_____
Rebeca C. Martinez, Justice